■ GENE CLARK, Respondent-Appellant, v OSWEGO COUNTY MUTUAL

INSURANCE COMPANY, Appellant-Respondent.—Judgment unanimously affirmed, without costs, on the opinion at Special Term, Aloi, J. (Appeals from judgment of Onondaga Supreme Court—declaratory judgment.) Present—Hancock, Jr., J. P., Schnepp, Callahan, Doerr and Witmer, JJ.